# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JARED HERNANDEZ HERNANDEZ,<br><br>                    Defendant. | Case No.: 26CR0548-W<br><br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE; ORDER TO EXONERATE THE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice and the bond in this case be exonerated.

IT IS SO ORDERED.

DATED: February 2~~6~~, 2026.

_____
HONORABLE THOMAS J. WHELAN
United States District Judge